**Order filed June 12, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00992-CR
_____

**QUENTIN JEHLONTON WALLACE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 337th District Court
Harris County, Texas
Trial Court Cause No. 1488318

## ORDER

Appellant is represented by appointed counsel, **Cheri Duncan** of the Harris County Public Defender's Office. Appellant's brief was originally due March 5, 2018. We have granted a total of 93 days to file appellant's brief until June 6, 2018. When we granted the last extension, we stated that no further extensions would be granted absent exceptional circumstances.

On June 6, 2018, Duncan filed a motion for a further extension of time to file appellant's brief. She did not allege any exceptional circumstances.

We **DENY** the motion and order Cheri Duncan to file appellant's brief by **July 5, 2018**. If Duncan does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Busby